ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Raytheon Company | ) ASBCA No. 58841 |
| | ) |
| Under Contract No. N00024-04-C-6101 | ) |

APPEARANCES FOR THE APPELLANT:   Karen L. Manos, Esq.
John W. F. Chesley, Esq.
Katherine J. King, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Alexander M. Healy, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Hanscom AFB, MA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 14, 2021

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58841, Appeal of Raytheon Company, rendered in conformance with the Board's Charter.

Dated:  June 15, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals